**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ISABELLA CINTAO, a minor, by** | : | **CIVIL ACTION** |
| **MARIA PINO and TOMAS CINTAO,** | : | |
| **Guardians and MARIA PINO and TOMAS** | : | |
| **CINTAO Individually** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | **NO. 11-6643** |

## ORDER

**AND NOW**, this 14th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 4), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

       /s/Timothy J. Savage
      TIMOTHY J. SAVAGE,  J.